UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.                                                                                    Case No. 2:05-cr-60

YVONNE JEANETTE HANSEN,                                  HON. ROBERT HOLMES BELL
a/k/a Yvonne Jeanette Curtis,

        Defendant(s).
_____/

ORDER OF DETENTION

        Defendant appeared before the undersigned on December 7, 2005, for purposes of a detention hearing and arraignment.  At that time, defendant advised the court that she did not oppose the government's motion for detention at this time but wished to reserve the right to bring the matter before the court should placement in a substance abuse treatment facility become available.  Therefore, the government's motion for detention is granted and defendant will be detained pending further proceedings.

        Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                               /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2005